Decided May 19, 2011

EDWARD MEHAN *v.* CITY OF STAMFORD ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 127 Conn. App. 619 (AC 31648), is denied.

*Scott Wilson Williams* and *Maribeth M. McGloin*, in support of the petition.

*Daniel A. Benjamin* and *Derek Mello*, in opposition.

Decided May 19, 2011